IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **QUENTIN JONES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:21-CV-00746 |
| | ) |
| **WALMART INC.,** | ) Judge Cathy Bissoon |
| | ) |
| **Defendant.** | ) |

## STIPULATION OF DISMISSAL

The parties stipulate to the dismissal of the above captioned matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice. The parties shall bear their own costs and attorneys' fees.

Date: February 1, 2022     Respectfully Submitted,

*/s/ Emilie R. Hammerstein*                 */s/ Nicholas W. Kennedy*

Emilie R. Hammerstein, Esquire    Nicholas W. Kennedy, Esquire
PA ID No. 307499       PA ID No. 317386
ehammerstein@littler.com     QuatriniRafferty, P.C.
Katelyn McCombs       550 East Pittsburgh Street
PA ID No. 323746       Greensburg, PA
kmccombs@littler.com      nwk@qrlegal.com
Littler Mendelson, P.C.      (724) 837-0080
625 Liberty Avenue, 26th Floor    *Attorney for Plaintiff*
Pittsburgh, PA 15222
(412) 201-7631/7641
*Attorneys for Defendant*

## ORDER OF COURT

It is so ordered.

           BY THE COURT:

Date: _____   _____
           Cathy Bissoon
           United States District Judge